ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 22 2020
at ___ o'clock and ___ min. ___ M
CLERK, U.S. DISTRICT COURT

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MICHAEL F. ALBANESE #9421
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
michael.albanese@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR20-00063 JAO |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [18 U.S.C. § 2113(a)] |
| ALLEN K. TAGATAC, ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

Bank Robbery
(18 U.S.C. § 2113(a))

On or about July 6, 2020, within the District of Hawaii, ALLEN K. TAGATAC, the defendant, did by force, violence, and intimidation take from the person and presence of another money, namely approximately $2,250.00 U.S. currency, belonging to and in the care, custody, management, and possession of the Bank of Hawaii, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

## FORFEITURE NOTICE

1.   The allegations contained in all paragraphs of this Indictment are hereby realleged and incorporated by reference for the purpose of noticing forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2.   The United States hereby gives notice to the defendant that, upon conviction of the offense charged in this Indictment, the government will seek forfeiture, in accordance with Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), of any and all property, real or personal, that constitutes or is derived from proceeds traceable to the violation of Title 18, United States Code, Section 2113(a), alleged in this Indictment, including but not limited to a sum of money equal to $2,250.00.

  3. If by any act or omission of the defendant, any of the property subject to forfeiture described in paragraph 2 herein:

 a. cannot be located upon the exercise of due diligence;

 b. has been transferred or sold to, or deposited with, a third party;

 c. has been placed beyond the jurisdiction of the court;

 d. has been substantially diminished in value; or

 e. has been commingled with other property which cannot be subdivided without difficulty,

//

//

//

//

//

//

//

//

//

//

//

the United States of America will be entitled to forfeiture of substitute property up to the value of the property described above in paragraph 2, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

DATED: July 22, 2020, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson

_____
FOREPERSON, GRAND JURY

_____
KENJI M. PRICE
United States Attorney
District of Hawaii

_____
MICHAEL F. ALBANESE
Assistant U.S. Attorney


United States v. Allen K. Tagatac
Indictment
Cr. No.   CR20-00063 JAO

4