# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-cr-00063 JAO |
| CASE NAME: | United States of America v. Allen K. Tagatac |
| ATTYS FOR PLA: | Michael Albanese |
| ATTYS FOR DEFT: | Maximilian J. Mizono |

| | | | |
|---|---|---|---|
| JUDGE: | Jill A. Otake | REPORTER: | Ann Matsumoto |
| DATE: | 10/22/2020 | TIME: | 11:40am-12:30pm |

COURT ACTION:  EP:  Change of Plea Hearing as to Defendant Allen K. Tagatac was conducted by video teleconference.

Defendant Allen K. Tagatac was in custody and participated by video teleconference.

The Court provisionally appoints Mr. Mizono to represent the defendant in this matter. Financial Affidavit to be completed by the defendant no later than October 30, 2020.

Discussion held regarding Defendant's consent to proceed by video teleconference, and Defendant consents. The Court finds that the change of plea hearing cannot be further delayed without serious harm to the interests of justice.

Defendant sworn.

Defendant questioned by the Court.

Government stated the maximum penalties provided by law.

Government stated the essential elements of the crimes as charged in the Indictment.

Government summarized the evidence it would present if the case went to trial.

Plaintiff Allen K. Tagatac  and AFD Mizono conducted a private conversation.

Defendant advised of his rights, including his right to trial by jury, etc.

No Memorandum of Plea Agreement.

Plea of GUILTY entered to Count 1 of the Indictment by Defendant Allen K. Tagatac.

Court accepts the guilty plea, and the defendant is adjudged guilty.

Referred for presentence investigation and report, and SENTENCING is set for 2/8/2021 at 11:00 a.m. before Judge Jill A. Otake.

All pending dates and deadlines vacated as to Defendant Allen K. Tagatac.

Defendant Allen K. Tagatac to remain detained pending sentencing.

Submitted by: Shelli Mizukami, Courtroom Manager